**FILED**

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

2009 FEB 26  P 2: 27

CLERK US DISTRICT COURT
ALEXANDRIA, VIRGINIA

| | |
|---|---|
| UNITED STATES OF AMERICA, } | |
| } | |
| Plaintiff, } | |
| v. } | Civil Number 1:09CV56 |
| } | TSE/IDD |
| $44,622.01 SEIZED FROM NORTHWEST FEDERAL } | |
| CREDIT UNION ACCOUNT ENDING IN 5865 IN THE } | |
| NAME OF MATTHEW K. BOROWSKI AT } | |
| NORTHWEST FEDERAL CREDIT UNION, HERNDON } | |
| VIRGINIA, } | |
| } | |
| Defendant. } | |

## CLAIM CONTESTING FORFEITURE

Claimant Matthew K. Borowski ("Claimant"), in response to the Complaint for Forfeiture filed by the United States of America, files this Claim pursuant to Rule G(5) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, and provides the following information:

A)  IDENTITY OF SPECIFIC PROPERTY: $44,622.01 seized on or about July 30, 2008 from Northwest Federal Credit Union Demand Deposit Account #719160795865 under the name of Matthew K. Borowski at the Northwest Federal Credit Union in Herndon, Virginia. Claimant claims the full seizure interest of up to $135,900. Claimant is the sole and legitimate owner of this property.

B) IDENTITY OF CLAIMANT AND CLAIMANT'S INTEREST: Claimant is Matthew K. Borowski, residing at 4630 Buckhorn Ridge, Fairfax, Virginia 22030. Claimant is the sole account holder of the account from which these funds were taken, this money is the legitimate property of Claimant, and Claimant contests the forfeiture of this property.

I certify under penalty of perjury that the information contained herein is true, accurate and complete to the best of my knowledge, information and belief.

_____
MATTHEW K. BOROWSKI

County/City of Alexandria
Commonwealth of Virginia, to wit:

Subscribed and sworn to before me, a notary public in the above-referenced jurisdiction, by Matthew K. Borowski on this 26 day of February, 2009.

_____
Notary Public

My commission expires: 10-31-2012

## CERTIFICATE OF SERVICE

I certify that a true copy of the attached Claim Contesting Forfeiture was mailed, postage pre-paid, this 26 day of February, 2009 to:

Natalie A. Voris, Esquire
Special Assistant U. S. Attorney
Office of the U.S. Attorney
2100 Jamieson Avenue
Alexandria, Virginia 22314

MATTHEW K. BOROWSKI

3