IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> $44,622.01 SEIZED FROM NORTHWEST FEDERAL ) <br> CREDIT UNION ACCOUNT ENDING IN 5865, IN THE ) <br> NAME OF MATTHEW K. BOROWSKI AT NORTH- ) <br> WEST FEDERAL CREDIT UNION, HERNDON, ) <br> VIRGINIA, ) <br> ) <br> Defendant. ) | No. 1:09CV56 <br> TSE/IDD |

## CONSENT ORDER OF SETTLEMENT AND FORFEITURE

WHEREAS, on January 21, 2009, the United States filed a complaint for the forfeiture of $44,622.01 from an account in the name of Matthew K. Borowski, with an account number ending in 5865, at Northwest Federal Credit Union, 200 Spring Street, in Herndon Virginia, for involvement in money structuring, in violation of 31 U.S.C. § 5324;

WHEREAS, notice of this action was given by publication and the only claim submitted with respect to the defendant money was submitted on or about February 26, 2009, by Matthew K. Borowski, and the time to submit any other claim has expired;

WHEREAS, Matthew K. Borowski is the only person known by the government to have any claim to or legal interest in the defendant property;

AND WHEREAS, it appears to the Court from the endorsement of the parties that the parties have agreed to settle this matter through the withdrawal of the claim to the defendant property, and deeming it proper so to do;

U.S. v. $44,622.01 . . . . , No. 1:09CV56
Consent Order of Settlement and Forfeiture
Page 2

NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:

1. Notice of this action having been given by publication, and the only claim to the funds seized from Northwest Federal Credit Union account ending in 5865 having been filed by Matthew K. Borowski, the default of all persons or entities other than Matthew K. Borowski is entered.

2. The defendant property is forfeited to the United States pursuant to 31 U.S.C. § 5317, free from the claims of any other party.

3. Matthew K. Borowski releases the United States of America and all of its respective agencies, officers, agents and employees from any claims or actions, including that for attorney fees or costs or interest, concerning the seizure and custody of the defendant currency.

Dated this 2 day of August 2010.

WE ASK FOR THIS:

/s/
Gordon D. Kromberg
Assistant United States Attorney

_____
Matthew K. Borowski
Claimant

_____
T. S. Ellis, III
United States District Judge